**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES, AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2570

_____

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-2243 | 1:19-cv-4742 | 1:19-cv-3550 |
| 1:19-cv-3286 | 1:22-cv-6756 | 1:22-cv-6921 |
| 1:19-cv-2547 | 1:20-cv-0579 | 1:19-cv-5019 |
| 1:19-cv-3288 | 1:23-cv-0014 | 1:19-cv-2504 |
| 1:22-cv-2056 | 1:19-cv-0587 | 1:21-cv-6394 |
| 1:19-cv-3276 | 1:20-cv-0647 | 1:19-cv-3978 |
| 1:19-cv-2986 | 1:19-cv-4136 | 1:19-cv-2017 |
| 1:19-cv-3013 | 1:19-cv-2486 | 1:18-cv-3131 |
| 1:19-cv-1850 | 1:21-cv-6349 | 1:20-cv-0150 |
| 1:19-cv-2545 | 1:22-cv-2137 | 1:19-cv-3777 |
| 1:22-cv-2078 | 1:19-cv-4201 | 1:18-cv-2956 |
| 1:21-cv-6473 | 1:19-cv-2378 | 1:19-cv-4337 |
| 1:20-cv-0623 | 1:22-cv-6920 | 1:19-cv-2562 |
| 1:19-cv-2244 | 1:20-cv-0614 | 1:23-cv-6953 |
| 1:23-cv-1953 | 1:22-cv-1219 | 1:20-cv-0591 |
| 1:21-cv-2577 | 1:21-cv-2023 | 1:20-cv-0527 |
| 1:18-cv-1728 | 1:19-cv-3976 | 1:19-cv-2503 |
| 1:20-cv-2029 | 1:19-cv-3441 | 1:19-cv-2010 |
| 1:19-cv-3610 | 1:23-cv-7003 | 1:20-cv-3178 |
| 1:19-cv-3489 | 1:23-cv-1178 | 1:17-cv-2677 |
| 1:19-cv-3293 | 1:19-cv-2505 | 1:19-cv-1919 |
| 1:22-cv-0755 | 1:19-cv-3778 | 1:19-cv-2201 |
| 1:19-cv-3935 | 1:22-cv-1398 | 1:17-cv-2702 |
| 1:19-cv-4873 | 1:22-cv-6755 | 1:19-cv-2307 |
| 1:19-cv-3663 | 1:19-cv-3520 | 1:19-cv-2120 |
| 1:19-cv-3468 | 1:20-cv-0455 | 1:19-cv-4225 |
| 1:20-cv-0615 | 1:19-cv-3938 | 1:20-cv-2752 |
| 1:19-cv-4831 | 1:21-cv-6532 | 1:21-cv-6423 |
| 1:19-cv-3562 | 1:21-cv-6441 | 1:19-cv-3457 |
| 1:19-cv-2604 | 1:20-cv-1208 | 1:20-cv-0581 |
| 1:18-cv-1732 | 1:19-cv-3859 | 1:17-cv-2769 |
| 1:19-cv-2226 | 1:19-cv-4205 | 1:19-cv-5067 |
| 1:23-cv-1847 | 1:20-cv-0403 | 1:23-cv-6993 |

| | | |
|---|---|---|
| 1:24-cv-0370 | 1:19-cv-4949 | 1:23-cv-6984 |
| 1:20-cv-0453 | 1:17-cv-2725 | 1:21-cv-1175 |
| 1:19-cv-2131 | 1:21-cv-0103 | 1:19-cv-3287 |
| 1:23-cv-0275 | 1:19-cv-2699 | 1:19-cv-4743 |
| 1:22-cv-0639 | 1:19-cv-3439 | 1:20-cv-0406 |
| 1:20-cv-0659 | 1:18-cv-2571 | 1:20-cv-0710 |
| 1:22-cv-1621 | 1:18-cv-2953 | 1:22-cv-2358 |
| 1:19-cv-3966 | 1:19-cv-0067 | 1:19-cv-3280 |
| 1:20-cv-0080 | 1:22-cv-6872 | 1:21-cv-0554 |
| 1:20-cv-0702 | 1:17-cv-2669 | 1:19-cv-4734 |
| 1:19-cv-2716 | 1:19-cv-2018 | 1:19-cv-2328 |
| 1:19-cv-3551 | 1:23-cv-0075 | 1:19-cv-2459 |
| 1:19-cv-5002 | 1:17-cv-2676 | 1:20-cv-0859 |
| 1:23-cv-6985 | 1:22-cv-6757 | 1:17-cv-2681 |
| 1:19-cv-4962 | 1:20-cv-0791 | 1:22-cv-2263 |
| 1:19-cv-2004 | 1:23-cv-7035 | 1:19-cv-3611 |
| 1:19-cv-2523 | 1:19-cv-2702 | 1:21-cv-6314 |
| 1:17-cv-0917 | 1:17-cv-2683 | 1:19-cv-2304 |
| 1:20-cv-3194 | 1:19-cv-2012 | 1:22-cv-2221 |
| 1:20-cv-0505 | 1:21-cv-6492 | 1:22-cv-6800 |
| 1:19-cv-2895 | 1:18-cv-2952 | 1:17-cv-2508 |
| 1:19-cv-3656 | 1:19-cv-3461 | 1:20-cv-0458 |
| 1:17-cv-2724 | 1:19-cv-2697 | 1:19-cv-3518 |
| 1:18-cv-3300 | 1:19-cv-3150 | 1:19-cv-3284 |

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in the above cases as counsel for the Plaintiffs in the above-captioned cases.

Dated: 02/17/2026                    Respectfully submitted: /s/ Rhett McSweeney

Rhett McSweeney
MN Bar ID: 269542
McSweeney/Langevin
2116 2nd Ave S
Minneapolis, MN 55404
ram@mclmasstort.com
dave@mclmasstort.com
cayli@mclmasstor.com